JS-6

STEPHANIE YONEKURA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ROBERT F. CONTE (Cal. Bar No. 157582)
Assistant United States Attorney
        Federal Building, Suite 7211
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-6607
        Facsimile: (213) 894-0115
        E-mail: robert.conte@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. CV 14-6238-GW(JEMx)_ |
| Plaintiff, | |
| v. | ORDER FOR ENTRY OF JUDGMENT |
| HOUSSAM ZOUEIHED, | |
| Defendant. | |

**JUDGMENT**

Based on the stipulation of the parties, the court ORDERS as follows.

1.   The court enters a judgment against Houssam Zoueihed and in favor of the United States in the amount of $117,683.00, plus additional accrued interest and penalties as provided by law.

///

///

1

2.   Each party to bear their own costs.

Dated: October 20, 2014

GEORGE H. WU
United States District Judge